# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SIAMEL ALBERTO PEREZ-LANTIGUA (1),<br>DOMINICK GIUNTA (2),<br><br>　　　　　Defendants. | CASE NO.:  20CR3350-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER ON JOINT MOTION TO CONTINUE MOTION HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Motion Hearing and Trial Setting currently scheduled for December 3, 2021, be continued to January 21, 2022 at 1:45 PM.  For the reasons stated in the joint motion, time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

IT IS SO ORDERED.

Dated:  November 23, 2021

　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　United States District Judge