# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SIAMEL ALBERTO PEREZ-LANTIGUA (1),<br>DOMINICK GIUNTA (2),<br><br>　　　　　　Defendants. | CASE NO.:  20CR3350-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER ON JOINT MOTION TO CONTINUE MOTION HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Motion Hearing and Trial Setting currently scheduled for January 21, 2022 at 1:45 PM to March 18, 2022 at 1:30 PM.  Defendants shall file acknowledgments of the new hearing date within one week of this Order.

　　For the reasons stated in the joint motion, time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

　　IT IS SO ORDERED.

Dated: January 11, 2022

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge